JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Kiev Asanti, aka Lisa Henderson,<br><br>　　　　　　Defendant | No. 2:16-cv-7878<br><br>CONSENT JUDGMENT |

　　Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Kiev Asanti, aka Lisa Henderson, in the principal amount of $1,804.88 plus interest accrued to October 3, 2016, in the sum of $2,719.60; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $4,524.48.

DATED: 10/27/2016　　　　　　By: KIRY K. GRAY

　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　Margo Mead
　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　United States District Court